604 A.2d 111

GAP VIEW BUILDERS AND DEVELOPERS, PLAINTIFF–PETITIONER, v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, ETC., DEFENDANT–RESPONDENT.

January 10, 1991.

## ON PETITION FOR CERTIFICATION

Petition for certification is granted, and the matter is summarily remanded to the Administrator of the Spill Fund to determine whether, in the light of this Court's Opinion in *Buonviaggio v. Hillsborough*, 122 *N.J.* 5, 583 *A.*2d 739 (1991), the Administrator's rejection of the claim, which was based in part on the unpublished decision of the Appellate Division in *Buonviaggio*, should be reconsidered.

Jurisdiction is not retained.